SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 25 2026
ARTHUR JOHNSTON
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:26cr139 TBM-RPM

EDWARD JAMES PORTER 18 U.S.C. § 875(c)

**The Grand Jury charges:**

On or about July 31, 2026, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **EDWARD JAMES PORTER**, did knowingly and willfully transmit in interstate and foreign commerce, a communication containing a threat to injure the person of another, to wit, a telephone call threatening to kill **B.E.**

All in violation of Title 18, United States Code, Section 875(c).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of

forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461.

J.E. BAXTER KRUGER
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 25th day of August 2026.

UNITED STATES MAGISTRATE JUDGE