SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 25 2026

ARTHUR JOHNSTON
BY DEPUTY

PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 1:26cr139 TBM-RPM

EDWARD JAMES PORTER
(Wherever Found)

The Clerk of said Court will issue summons returnable on **September 4, 2026, at 9:30 a.m.,** before Robert P. Myers, Jr., United States Magistrate Judge, at 2012 15th Street, Gulfport, Mississippi, an Indictment against the above-named defendant having been filed in the above-entitled cause on August 25 2026.

This 25 day of August 2026.

J.E. BAXTER KRUGER
United States Attorney

By: [signature]
HUNTER MCCREIGHT
Assistant United States Attorney
GA Bar # 728770

Summons issued: ____________

HM/FBI