# CLERK'S MINUTE SHEET
# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

## BEFORE THE HONORABLE BRADLEY W. RATH

## INITIAL APPEARANCE/ARRAIGNMENT

| | | | |
|---|---|---|---|
| Case Number: | 1:26-cr-00139-TBM-RPM | UNITED STATES vs. Porter | |
| Hearing Date: | 8/31/2026 | Time In and Out: | 1:42 pm to 1:52 pm |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | Edward James Porter | Defendant's Counsel: | Jeffrey Pierce |
| AUSA: | Hunter McCreight | Pretrial/Probation: | Matthew Sones/CJ Lee |
| Interpreter: | N/A | DUSMs: Stephen Newell/Laura Reagan/Brian Alford | |
| CSO: | Elfren Acosta | | |

| PROCEEDINGS | | |
|---|---|---|
| ☒ | Defendant sworn | |
| ☒ | First Appearance by Defendant | |
| ☒ | Defendant received a copy of charging document | |
| ☒ | Defendant waives reading of the Indictment | |
| ☒ | Defendant enters a Not Guilty plea | |
| ☒ | Discovery Order entered | |
| ☒ | Order Regarding Brady Disclosures acknowledged | |
| ☒ | Trial Date: October 5, 2026 before District Judge Taylor B. McNeel | |
| **Custody Status** | | |
| ☒ | Government seeking detention. | |
| ☒ | Defendant detained pending hearing | Hearing set on Motion for Review of Magistrate Judge's Release Ruling on 9/3/2026 at 1:30 PM before US District Judge Louis Guirola, Jr. in 1:26-cr-00128-LG |
| **Other** | | |
| ☐ | | |