SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 31 2026
ARTHUR JOHNSTON
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO.: 1:26-cr-00139-TBM-RPM

EDWARD JAMES PORTER

**ORDER REGARDING BRADY DISCLOSURES**

By this order—issued to the prosecution and defense counsel—the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.

This written order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present.

SO ORDERED on this 31st day of August, 2026.

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

Received and Acknowledged:

Prosecutor

Defense Counsel