AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

United States of America
v.
EDWARD JAMES PORTER

Defendant

Case No. 1:26-mj- 609-RPM
1:26cr139 RPM-1

## ARREST WARRANT

AUG 25 PM2:14

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* EDWARD JAMES PORTER ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about July 31, 2026, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, Edward James Porter , transmitted, in interstate commerce, a threatening communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Date: 7/31/26

*Issuing officer's signature*

City and state: Gulfport, MS

Robert P. Myers, Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/25/2026 , and the person was arrested on *(date)* 8/31/2026 at *(city and state)* Gulfport MS .

Date: 8/31/2026

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 02 2026
ARTHUR JOHNSTON
BY DEPUTY

*Arresting officer's signature*

K. Patrick DUSM for FBI
*Printed name and title*