AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

AUG 26 PM 1:08

United States of America
v.
Edward James Porter
(wherever found)

*Defendant*

Case No. 1:26cr139 TBM-RPM

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: U.S. District Court<br>2012 15th St.<br>Gulfport, MS 39501 | Courtroom No.: G-881 |
| | Date and Time: 09/04/2026 9:30 am |

This offense is briefly described as follows:
Interstate Transmission of Threatening Communication

Date: 08/26/2026

ARTHUR JOHNSTON, CLERK
S. Roberts
*Issuing officer's signature*
S. Roberts, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 08 2026
ARTHUR JOHNSTON
BY DEPUTY

Date: 9/4/26

Appeared on 08/31/26

*Server's signature*
SDUSM Brackett
*Printed name and title*