IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | 1:26-cr-00139-TBM-RPM |
| EDWARD JAMES PORTER | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**

COMES NOW, Jeffrey G. Pierce, Attorney for the Defendant, EDWARD JAMES PORTER, and files this his Unopposed Motion to Continue Trial and all related deadlines contained therein, and would show unto this Honorable Court the following:

1. Mr. Porter is requesting additional time to receive and review the discovery production and to consider resolution of this matter.
2. Mr. Porter, after being advised of his rights under 18 U.S.C § 3161(b)(7)(A), hereby requests a continuance in this cause and specifically waives the time period covered by this continuance, if granted. Mr. Porter does not move for the requested continuance to delay the instant proceedings unnecessarily, and no one would be prejudiced if this Court were to grant the relief Mr. Porter seeks in this Motion. Moreover, a continuance of this cause would be in the best interests of justice.
3. The undersigned has discussed this motion with Assistant United States Attorney, Hunter McCreight, counsel for the Government in this cause, and AUSA McCreight has indicated that the Government does not oppose the instant request.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests this Court grant the instant Unopposed Motion to Continue Trial and All Related Deadlines and grant all such other and further relief this Court deems necessary in the premises.

RESPECTFULLY SUBMITTED, this the 5th day of November, 2026.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645
175 Lameuse Street, Ste. C
Biloxi, MS 39530
228.875.3715T/F/Txt.
jeffrey.piercelaw@gmail.com

CERTIFICATE OF SERVICE

I, Jeffrey G. Pierce, do hereby certify that I have discussed the foregoing motion with opposing counsel, Assistant United States Attorney, Hunter McCreight . AUSA Hunter McCreight has stated to me that the Government does not oppose the relief the defense requests in the foregoing motion and is in agreement with the premises of the motion.

This the 5th day of November, 2026.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645

CERTIFICATE OF SERVICE

I, Jeffrey G. Pierce, do hereby certify that on this date, I have electronically filed the foregoing Unopposed Motion to Continue with the Clerk of the Court for the United States District Court for the Southern District of Mississippi using the ECF system, which caused notification of the filing to be sent electronically to all counsel of record in this cause.

This the 5th day of November, 2026.

*s/Jeffrey G. Pierce*
Jeffrey G. Pierce, MSB#99645